FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2018 MAY -1 A 11: 01

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:18-mj-216 (IDD) |
| v. ) | |
| ) | Initial Appearance: May 7, 2018 |
| AKEEM ADEYEMI, ) | |
| ) | |
| Defendant. | |

CRIMINAL INFORMATION

(Misdemeanor –7597786/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 29, 2018, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AKEEM ADEYEMI, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

TRACY DOHERTY-McCORMICK
ACTING UNITED STATES ATTORNEY

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3854
E-mail: elizabeth.banger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I mailed, a true and accurate copy of the Criminal Information herein filed to AKEEM ADEYEMI, at 3309 Dodge Park Road, Apt 104, Landover, MD 20785.

By: _/s/ Elizabeth A. Banger_
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3854
E-mail: elizabeth.banger@usdoj.gov